a criminal generally and denied his right to a tolerably fair trial.

This is a cumulative error argument. He cites *Brown v. State*, 168 Tex.Cr.R. 67, 323 S.W.2d 954 (1959), and *Harrison v. State*, 491 S.W.2d 920 (Tex.Cr.App.1973), to support his claim "to at least one tolerably fair trial," and claims that since the record was replete with evidence of extraneous and collateral criminal acts on his part offered by the State, he had been denied a fair trial.

He candidly admits the matters referred to have been complained about in other points of error. We have disposed of those points of error and decline to reverse the conviction on the basis of cumulative error. The point of error is overruled.

The judgment is affirmed.

CLINTON, MILLER and CAMPBELL, JJ., dissent.

TEAGUE, J., dissents to disposition of points of error 1, 6 and 7.

OPINION ON STATE'S
PETITION FOR
DISCRETIONARY REVIEW

PER CURIAM.

Appeal is taken from a conviction for the offense of theft of property of a value of $750.00 or more but less than $20,000.00. Appellant was convicted in a trial before the court following his plea of guilty. Punishment was assessed at 7 years. The Court of Appeals reversed appellant's conviction after finding the trial court erred in overruling a motion to suppress evidence. *Redd v. State*, 712 S.W.2d 615 (Tex.App.— Houston [1st] 1986).

As in every case, this Court's decision to refuse a petition for discretionary review should not be construed as approval by this Court of the language or reasoning used by the Court of Appeals in reaching its decision. *Campbell v. State*, 647 S.W.2d 660 (Tex.Cr.App.1983).

The State's petition for discretionary review is refused.

ONION, P.J., and McCORMICK and WHITE, JJ., would grant.

**Carrol Eugene REDD, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 805–86.**

Court of Criminal Appeals of Texas, En Banc.

June 10, 1987.

Charles F. Baird (on appeal only), Houston, for appellant.

John B. Holmes, Jr., Dist. Atty. and David E. Brothers, Asst. Dist. Atty., Houston, Robert Huttash, State's Atty., Austin, for the State.

**Rosendo Guzman RAMIREZ, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 0841–86.**

Court of Criminal Appeals of Texas, En Banc.

June 10, 1987.

Enrique Ramirez, El Paso, for appellant.

Steven W. Simmons, Dist.Atty. and Robert Dinsmoore, Asst.Dist.Atty., El Paso, Robert Huttash, State's Atty., Austin, for the State.